JOHN T. SHERMAN et al., Appellants, *v.* MAIER ROTHSCHILD et al., Respondents.

THIS case presented the same questions and was argued and decided with *Gray et al.* v. *Rothschild* (*supra*).